20cr243 JRT/HB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 924(c)(1)(A)(ii) |
| v. | ) 18 U.S.C. § 2119(1) |
| | ) |
| 1. JOSHOAMEI DEANGELO RICHARDSON, a/k/a "Yoshi," | ) |
| | ) |
| 2. JAMES BROCK WILLIAMS, JR., | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Aiding and Abetting Carjacking)

On or about August 25, 2020, in the State and District of Minnesota, the defendants,

**JOSHOAMEI DEANGELO RICHARDSON,**
a/k/a "Yoshi,"
and
**JAMES BROCK WILLIAMS, JR.,**

each aiding and abetting, and being aided and abetted by, each other and others known and unknown to the grand jury, did knowingly and unlawfully take a motor vehicle, that is, a 2012 gray Dodge Charger, bearing Minnesota license plate 567 XRT, and vehicle identification number 2C3CDXBG7CH140099, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of R.L.A., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

SCANNED
OCT 27 2020
U.S. DISTRICT COURT MPLS

United States v. Joshoamei Deangelo Richardson, et al.

## COUNT 2
(Aiding and Abetting Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence)

On or about August 25, 2020, in the State and District of Minnesota, the defendants,

**JOSHOAMEI DEANGELO RICHARDSON,**
a/k/a "Yoshi,"
and
**JAMES BROCK WILLIAMS, JR.,**

each aiding and abetting, and being aided and abetted by, each other and others known and unknown to the grand jury, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).

A TRUE BILL

_____        _____
**UNITED STATES ATTORNEY**                        **FOREPERSON**