**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: BECKY R. THORSON |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 20-cr-243 JRT/HB |
| | Date: October 30, 2020 |
| James Brock Williams, Jr (2), | Video Conference |
| | Time Commenced: 1:06 p.m. / 2:24 p.m. |
| Defendant. | Time Concluded: 1:14 p.m. / 2:26 p.m. |
| | Time in Court: 10 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
   X FPD      X To be appointed

Date Charges Filed: 10/27/2020      Offense: aiding & abetting carjacking; aiding & abetting using, carrying, and brandishing a firearm during and in relation to a crime of violence

   X Waived Reading of Charges      X Advised of Rights

on   X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, November 3, 2020, at 3:30 p.m. via video conference before U.S. Magistrate Judge Becky R. Thorson for:
   X Detention hrg      X Arraignment

X Government moves to unseal the case.      X Granted

Additional Information:
X Defendant consents to this hearing via video conference.

   s/ACH   
Signature of Courtroom Deputy
