UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-243(2) JRT/HB

United States of America,

       Plaintiff,

v.            **ORDER FOR APPOINTMENT**
              **OF COUNSEL**

James Brock Williams,

       Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that F. Clayton Tyler, Attorney ID 11151X, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: Nov 2, 2020

Honorable Becky R. Thorson
United States Magistrate Judge