# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

Plaintiff,

v.

James Brock Williams, Jr (2),

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:  BECKY R. THORSON
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-cr-243 JRT/HB |
| Date: | November 3, 2020 |
| Court Reporter: | Erin Drost |
| Video Conference | |
| Time Commenced: | 3:39 p.m. |
| Time Concluded: | 3:46 p.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant:  F Clayton Tyler,
X CJA

**Indictment Dated:**  10/27/2020

X Reading of Indictment Waived      X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | November 10, 2020 |
| Defendant's Disclosures Due Date: | November 17, 2020 |
| Motion Filing Date: | November 24, 2020 |
| Motion Response Date: | December 8, 2020 |
| Notice of Intent to call Witnesses: | December 11, 2020 |
| Responsive Notice Deadline: | December 11, 2020 |
| Motion Hearing Date: | December 18, 2020 at 9:00 a.m. via video conference before Magistrate Judge Hildy Bowbeer |
| Voir Dire/Jury Instruction Due Date: | January 11, 2021 |
| Status Conference Date: | N/A |
| Trial Date: | January 19, 2021 at 9:00 a.m. before Chief District Judge John R. Tunheim in CR15E, Minneapolis |

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.
X Defendant consents to this hearing via video conference.

_____ s/SAE
Signature of Courtroom Deputy