# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>             Plaintiff, )<br> )<br>v. )<br> )<br>James Brock Williams, Jr (2), )<br>             Defendant, )<br> ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:             20-cr-243 JRT/HB<br>Date:                 November 3, 2020<br>Court Reporter:    Erin Drost<br>Video Conference<br>Time Commenced:  3:46 p.m.<br>Time Concluded:    3:52 p.m.<br>Time in Court:      6 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
  Defendant: F Clayton Tyler,
            X CJA

On  X Indictment

X Defense counsel moves to continue the detention hearing for 14 days.  X The Court finds Good Cause. Motion is granted.

X Detention hearing continued to November 17, 2020 at 2:00 p.m. via video conference before Magistrate Judge Hildy Bowbeer.

Additional Information:

Defendant arraigned, see arraignment minutes and order.

X Defendant consents to this hearing via video conference.

_____s/SAE_____<br>Signature of Criminal Duty Clerk