CASE 0:20-cr-00243-JRT Doc. 589 (Court only) Filed 04/29/26 Page 1 of 2

Prob 12 (Rev. 11/1/2004)

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Brock Williams Jr.**

**Docket No. 0864 0:20CR00243-002(JRT)**

**Amended Petition on Supervised Release**

COMES NOW **Reginale B. Hall**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Brock Williams Jr.** who was sentenced for Conspiracy to Use, Carry, and Brandish Firearms During and in Relation to a Crime of Violence on May 10, 2022, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- No gang association
- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #1: You must not commit another federal, state, or local crime.

On February 13, 2025, James Brock Williams, Jr. was charged with the offense of First-Degree Aggravated Robbery (felony) in Ramsey County, Minnesota, District Court (62-CR-25-1106). **On October 10, 2025, James Brock Williams, Jr. pled guilty to Count 2. Simple Robbery and was sentenced to 25 months and 15 days.**

**On April 9, 2025, James Brock Williams, Jr. was charged with the offense of First-Degree Aggravated Robbery (felony) in Dakota County, Minnesota, District Court (19HA-CR-25-698). Disposition still pending.**

On November 8, 2024, the defendant was observed driving a vehicle. The defendant did not have a valid driver's license.

MANDATORY CONDITION #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

On December 26, 2024, January 11, 2025, January 15, 2025, February 11, 2025, and February 21, 2025, Williams failed to report for random drug testing.

On January 28, 2025, Williams submitted a urine sample that tested positive for marijuana. Laboratory testing confirmed the urine sample was positive marijuana.

On February 25, 2025, Williams submitted a urine sample that tested positive for amphetamines, methamphetamine, and marijuana. Laboratory testing confirmed the urine sample was positive for all of the above.

> SPECIAL CONDITION: The defendant shall perform 60 hours of community service as approved by the probation officer.

To date, Mr. Williams has not started community service work despite numerous directives from probation.

PRAYING THAT THE COURT WILL ORDER that the Petition dated **March 7, 2025**, be amended by the addition of the violation noted herein.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this 1st day of May, 2026, and ordered filed and made a part of the records in the above case.

s/John R. Tunheim
John R. Tunheim
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Reginale B. Hall*
Reginale B. Hall
Assistant Deputy Chief U.S. Probation Officer
Telephone: 651-848-1266

Executed on April 29, 2026
Place St Paul