Prob 12 (Rev. 11/1/2004)

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Eric Troy Ballard Jr**

**Docket No. 0864 0:20CR00243-006(JRT)**

**Petition on Supervised Release**

COMES NOW **Krystal A. Taylor**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Eric Troy Ballard Jr (herein Ballard)** who was sentenced for Conspiracy to use, Carry and Brandish Firearms During and in Relation to a Crime of Violence on August 7, 2023, by Your Honor, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- No gang association
- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Employment required
- No gambling

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**MANDATORY CONDITION 1**: You must not commit another federal, state or local crime.

**STANDARD CONDITION 9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**SPECIAL CONDITION a**: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

**SPECIAL CONDITION b**: The defendant shall complete an immediate assessment or participate in a program for substance abuse as approved by the probation officer upon release or relapse during their term of supervised release. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Since supervision commenced on April 3, 2026, and through August 24, 2026, Ballard submitted a drug screen which tested positive for alcohol, failed to report for five drug screens and has been arrested and/or charged on four separate occasions.

On May 12, 2026, Ballard was arrested and ultimately charged in Washington County District Court, Woodbury, Minnesota, with Aiding and Abetting Theft-Take/Use/Transfer Moveable Property-No Consent (Case No. 82-CR-26-2567).

On June 15, 2026, Ballard was arrested and ultimately charged in Dakota Count District Court, Apple Valley, Minnesota, with Theft-Take/Use/Transfer Moveable Property-No Consent (Case No. 19AV-CR-7854).

On June 30, 2026, Ballard was arrested and ultimately charged in Washington County District Court, with Theft-Take/Use/Transfer Moveable Property-No Consent and Fleeing a Peace Officer in a Motor Vehicle (Case No. 82-CR-26-2946).

On August 24, 2026, Ballard Jr. was arrested for Domestic Assault, Disorderly Conduct, Fleeing a Peace Officer by Means other Than a Motor Vehicle and Give Peace Officer False name (Case No. 27-CR-26-22030). Charges are currently pending in Hennepin County.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this 27th day of August, and ordered filed and made a part of the records in the above case.

s/John R. Tunheim
John R. Tunheim
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Krystal A. Taylor
Krystal A. Taylor
U.S. Probation Officer
Telephone: 612-664-5352

Executed on August 27, 2026
Place Minneapolis

Approved:

s/ Reginale B. Hall
Reginale B. Hall
Assistant Deputy Chief U.S. Probation Officer