**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNDER SEAL**

UNITED STATES OF AMERICA

v. Criminal No. 26-cr-165 (MJD/DLM)

ERIC TROY BALLARD, JR.

---

UNITED STATES OF AMERICA

v. Criminal No. 20-cr-243 (JRT)

ERIC TROY BALLARD, JR.

---

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■ Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: September 23, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*S/ Dana M Joseph*
BY: DANA M. JOSEPH
Assistant United States Attorney
Attorney ID No. 0393176